IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY MADDEN,

            Plaintiff,

v.

                                              Case No. 20-cv-1091-bbc

KILOLO KIJAKAZI,
Acting Commissioner of Social Security

            Defendant.

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Gary Madden remanding this case for further proceedings.

| s/ V. Olmo, Deputy Clerk | 3/02/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |